IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Roberto A Grau Feria | : | Chapter 7 |
| | : | |
| | : | Case No.: 24-12338-AMC |
|    Debtor (s) | : | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Roberto A Grau Feria (the "Debtor"), by and through their undersigned counsel, hereby submits this Motion to Convert Chapter 7 Case to Chapter 13, and in support thereof respectfully state the following:

1. The Debtor filed a voluntary petition for relief under chapter 7 of the bankruptcy code on July 08, 2024 (the "Petition Date").

2. Subsequent to the filing, it has been discovered that the Debtor is listed on a bank account with his father with Wells Fargo and the balance is in excess of $84,000.00.

3. Based on the bank account as a partially non-exempt asset, this motion is being filed to proceed with filing a Chapter 13 Plan to satisfy the non-exempt amount of the asset to creditors by way of monthly payments.

4. Accordingly, the Debtor intends to proceed under a chapter 13 case and understands that his current monthly disposable income will be determined and calculated to pay general unsecured creditors.

5. The Debtor shall promptly file a Chapter 13 Plan, and the necessary Amended Schedules to proceed under Chapter 13 of the Bankruptcy Code.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court enter an Order converting this chapter 7 case to a chapter 13 case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 18, 2024 | /s/Brad J. Sadek, Esq<br>Brad J. Sadek, Esq.<br>Sadek Law Offices<br>1500 JFK Boulevard<br>Suite #220<br>Philadelphia, PA 19102<br>(215) 545-0008<br>brad@sadeklaw.com<br><br>*Counsel to the Debtor* |