### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Roberto A Grau Feria | : | Chapter 7 |
| | : | |
| | : | Case No.: 24-12338-AMC |
|    Debtor (s) | : | |

## ORDER GRANTING DEBTOR'S MOTION TO ALLOW CASE TO BE CONVERTED FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY

AND NOW, upon consideration of the Motion to Convert Case from Chapter 7 to Chapter 13 Bankruptcy, and after notice and an opportunity to be heard, it is hereby:

ORDERED that the Debtor's case is hereby CONVERTED and may proceed as a case under chapter 13 of the bankruptcy code.

BY THE COURT:

Date: Aug. 22, 2024

*[signature]*

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE